IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RODNEY JEROME MILES, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00445-MTT-ALS |
| | * |
| GEORGIA STATE PRISON, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 24, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 24th day of February, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk